# IN THE UNITED STATES BANKRUPTCY COURT FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Hotca, Mircea V | Case Number: 08 B 28487 |
| Hotca, Mirela | Judge: Goldgar, A. Benjamin |
| Printed: 02/17/09 | Filed: 1/6/09 |

## FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:     Ch 7 Conversion: February 16, 2009
Confirmed:  None

### SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 0.00 | |
| Secured: | | 0.00 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 0.00 |
| Trustee Fee: | | 0.00 |
| Other Funds: | | 0.00 |
| Totals: | 0.00 | 0.00 |

### DISBURSEMENT DETAIL

| # | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Countrywide Home Loans Inc. | Secured | 0.00 | 0.00 |
| 2. | Countrywide Home Loans Inc. | Secured | 0.00 | 0.00 |
| 3. | American Express | Unsecured | 0.00 | 0.00 |
| 4. | Discover Financial Services | Unsecured | 0.00 | 0.00 |
| 5. | Von Maur | Unsecured | 0.00 | 0.00 |
| 6. | Discover Financial Services | Unsecured | 0.00 | 0.00 |
| 7. | Wells Fargo Bank | Secured | | No Claim Filed |
| 8. | WFNNB/Harlem Furniture | Secured | | No Claim Filed |
| 9. | Cook County Treasurer | Secured | | No Claim Filed |
| 10. | Von Maur | Unsecured | | No Claim Filed |
| 11. | Victoria's Secret | Unsecured | | No Claim Filed |
| 12. | Rewards | Unsecured | | No Claim Filed |
| 13. | HSBC | Unsecured | | No Claim Filed |
| 14. | Citibank | Unsecured | | No Claim Filed |
| 15. | Chase | Unsecured | | No Claim Filed |
| 16. | Capital One | Unsecured | | No Claim Filed |
| 17. | WFNNB/Harlem Furniture | Unsecured | | No Claim Filed |
| 18. | Capital One | Unsecured | | No Claim Filed |
| 19. | Chase | Unsecured | | No Claim Filed |
| 20. | Chase | Unsecured | | No Claim Filed |
| 21. | Washington Mutual Providian | Unsecured | | No Claim Filed |
| 22. | DSNB | Unsecured | | No Claim Filed |
| 23. | Citibank | Unsecured | | No Claim Filed |
| 24. | Citibank | Unsecured | | No Claim Filed |
| 25. | Washington Mutual Finance | Unsecured | | No Claim Filed |
| 26. | Direct Merchants Bank | Unsecured | | No Claim Filed |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Hotca, Mircea V | Case Number: 08 B 28487 |
| --- | --- | --- |
| | Hotca, Mirela | Judge: Goldgar, A. Benjamin |
| | Printed: 02/17/09 | Filed: 1/6/09 |

## DISBURSEMENT DETAIL

| Creditor Name | Type | Repayment | Paid to Date |
| --- | --- | --- | --- |
| 27. Citibank | Unsecured | | No Claim Filed |
| 28. WFNNB/Ann Taylor | Unsecured | | No Claim Filed |
| 29. DSNB | Unsecured | | No Claim Filed |
| | | $ 0.00 | $ 0.00 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
| --- | --- |
| | $ 0.00 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

*[signature]*